01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　) | Case No. CR03-0298-TSZ-JPD |
| 　　　　　　Plaintiff,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | SUMMARY REPORT OF U.S. |
| 　v.　　　　　　　　　　　　　　　) | MAGISTRATE JUDGE AS TO |
| 　　　　　　　　　　　　　　　　　) | ALLEGED VIOLATIONS |
| RYAN McDUFF ARCHIBALD,　　　　　) | OF SUPERVISED RELEASE |
| 　　　　　　Defendant.　　　　　　　) | |
| _____) | |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 11, 2006.  The United States was represented by Assistant United States Attorney Patricia Lally, and the defendant by Mr. Walter Palmer. The proceedings were recorded on cassette tape.

　　　　The defendant had been charged and convicted of Conspiracy to Distribute Marijuana in violation of 21 U.S.C. § 841(b)(1)(C).  On or about January 23, 2004, defendant was sentenced by the Honorable Thomas S. Zilly to a term of twenty-four (24) months imprisonment, followed by three (3) years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, substance-abuse and mental-health treatment participation, consent to search, and financial disclosure.

　　　　In a Petition for Warrant or Summons dated March 9, 2006, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of his

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01 supervised release:

02      (1)     Using cocaine on or before February 20, 2006, in violation of standard

03 condition number 7.

04      (2)     Failing to appear for drug testing as summoned on October 7 and November

05 16, 2005, and January 3 and February 23, 2006, in violation of a special condition ordering

06 him to report for drug testing as instructed.

07      (3)     Failing to submit monthly reports for September, October, November, and

08 December of 2005, and January of 2006, in violation of standard condition number 2.

09      The defendant was advised of the allegations, and advised of his rights.  Defendant

10 admitted to the violations, and waived any rights to an evidentiary hearing as to whether they

11 occurred.

12      I therefore recommend that the Court find the defendant to have violated the terms

13 and conditions of his supervised release as to violations 1, 2, and 3, and that the Court

14 conduct a hearing limited to disposition.  A disposition hearing has been set before the

15 Honorable Thomas S. Zilly on April 27, 2006, at 11:30 a.m.

16      Pending a final determination by the Court, the defendant has been released, subject

17 to continued supervision.

18      DATED this 11th day of April, 2006.

19

20      *James P. Donohue*

     JAMES P. DONOHUE

     United States Magistrate Judge

21

22 cc:     District Judge:     Honorable Thomas S. Zilly

     AUSA:     Ms. Patricia Lally

23      Defendant's attorney:     Mr. Walter Palmer

24      Probation officer:     Mr. Brian Facklam

25

26

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2