UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR03-298-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| RYAN MCDUFF ARCHIBALD, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on July 5, 2006. The United States was represented by AUSA Patricia Lally and the defendant by Walter Palmer. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 23, 2004 by the Honorable Thomas S. Zilly on a charge of conspiracy to distribute marijuana in violation of 21 U.S.C. § 841(b)(1)(C), and sentenced to twenty-four (24) months custody and three (3) years of supervised release.

On March 9, 2006, U.S. Probation Officer Brian K. Facklam petitioned the court for issuance of an arrest warrant for alleged violations of the conditions of defendant's supervised release, including use of cocaine, failing to appear for mandatory drug testing on four occasions,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

and failure to submit monthly reports for the months of September, October, November, and December 2005 and January 2006. (Dkt. 188) Defendant admitted these violations to Magistrate Judge James P. Donohue on April 11, 2006 (Dkt. 192), and on May 4, 2006, Judge Zilly issued an order modifying the terms of defendant's supervised release to include the requirement that defendant reside in and satisfactorily participate in a community corrections center program for up to 120 days, as ordered by Judge Zilly. (Dkt. 198).

In an application dated June 30, 2006 (Dkt 199), U.S. Probation Officer Brian K. Facklam alleged the following violations of the conditions of probation:

1. Failing to reside in and satisfactorily participating in a community corrections center program for up to 120 days, in violation of a special condition of supervision, as ordered by Judge Zilly on May 4, 2006.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violation and waived any evidentiary hearing as to whether they occurred. (Dkt. 200).

I therefore recommend the Court find defendant violated his supervised release as alleged in violation 1, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Zilly on July 27, 2006.

Pending a final determination by the Court, defendant has been remanded to custody.

DATED this <u>26th</u> day of July, 2006.

_____
Mary Alice Theiler
United States Magistrate Judge

cc: District Judge:        Honorable Thomas S. Zilly
    AUSA:                  Patricia C. Lally
    Defendant's attorney:  Walter G. Palmer
    Probation officer:     Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3