UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RYAN M. ARCHIBALD,<br><br>　　　　　Defendant. | CASE NO. CR03-298TSZ<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 25, 2006. The United States was represented by Patricia Lally. The defendant was represented by Walter Palmer. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Marijuana on or about January 23, 2004. The Hon. Thomas S. Zilly of this court sentenced Defendant to twenty-four (24) months of confinement, followed by three (3) years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

///

///

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Brian K. Facklam alleged that Defendant violated the conditions of supervised release in two (2) respects:

(1) Failing to notify the probation officer prior to any change in residence, in violation of standard condition 6; and

(2) Failing to answer truthfully all inquiries by the probation officer in violation of standard condition 3.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted the violations #1 and #2, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Hon. Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 26th day of September, 2006.

_____
Monica J. Benton
U.S. Magistrate Judge

cc: Sentencing Judge         :   Hon. Thomas S. Zilly
    Assistant U.S. Attorney  :   Patricia Lally
    Defense Attorney         :   Walter Palmer
    U. S. Probation Officer  :   Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-