01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,   )  CASE NO.  CR03-298-TSZ
   )
09    Plaintiff,    )
   )
10   v.    )  SUMMARY REPORT OF U.S.
   )  MAGISTRATE JUDGE AS TO
11 RYAN ARCHIBALD,   )  ALLEGED VIOLATIONS
   )  OF SUPERVISED RELEASE
12    Defendant.   )
_____ )

13

14     An initial hearing on supervised release revocation in this case was scheduled before me

15 on December 23, 2008.  The United States was represented by the AUSA  and the defendant by

16 Walter Palmer.  The proceedings were digitally recorded.

17     Defendant had been sentenced on or about January 23, 2004 by the Honorable Thomas

18 S. Zilly on a charge of Conspiracy to Distribute Marijuana, and sentenced to 24 months custody,

19 3 years supervised release. (Dkt. 135.)

20     The conditions of supervised release included the standard conditions plus the requirements

21 that defendant submit to drug testing, participate in a mental health program, participate in a

22 substance abuse program with testing, submit to search, provide access to financial information,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

be prohibited from incurring new lines of credit or credit obligations, maintain a single checking account for all financial transactions, participate in home confinement, divulge any business interests, disclose all assets and liabilities, be prohibited from possessing any false identification documents, and notify his probation officer of any change in financial circumstances.

On April 11, 2006, defendant admitted violating the conditions of supervised release by using cocaine, failing to report for drug testing, and failing to submit monthly reports. (Dkt. 192.) Defendant was ordered to reside in a community corrections center for up to 120 days. (Dkt. 198.)

On July 5, 2006, defendant admitted violating the conditions of supervised release by failing to successfully complete the community correction center placement. (Dkt. 207.) He was sentenced to 60 days in custody, plus two years and three months supervised release. (Dkt. 209.)

On September 25, 2006, defendant admitted violating the conditions of supervised release by failing to notify his probation officer prior to a change of residence and failing to truthfully answer all inquiries by his probation officer. (Dkt. 217.) Defendant was sentenced to 4 months in custody, plus two years supervised release. He was required to reside in a community corrections center for up to 120 days. (Dkt. 220.) On November 26, 2007, defendant's probation officer reported that defendant had failed to submit monthly reports for the months of June through October 2007. No action was taken at the time. (Dkt. 225.)

In an application dated November 12, 2008 (Dkt. 226 ), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release:

1.      Failing to report for urinalysis testing as directed on September 22, 2008, and October 2, 3, and 6, 2008, in violation of his special condition of supervised release.

2.      Consuming methamphetamine, a controlled substance, on or before October 31,

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01 | 2008, in violation of standard condition number seven of his supervised release.

02 |     Defendant was advised in full as to those charges and as to his constitutional rights.

03 |     Defendant admitted the alleged violations and waived any evidentiary hearing as to

04 | whether they occurred.

05 |     I therefore recommend the Court find defendant violated his supervised release as alleged,

06 | and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be

07 | set before Judge Zilly.

08 |     Pending a final determination by the Court, defendant has been detained.

09 |     DATED this 23rd day of December, 2008.

10 |

11 | _____
    Mary Alice Theiler
    United States Magistrate Judge

12 |

13 |

14 | cc:   District Judge:       Honorable Thomas S. Zilly
      AUSA:           Patricia Lally
      Defendant's attorney:   Walter G. Palmer

15 |       Probation officer:      Thomas J. Fitzgerald

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3